**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Maria Felix Aguilar-Parra,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-02753-PHX-MTL

**ORDER**

Before the Court is Petitioner Maria Felix Aguilar-Parra's Petition (Doc. 1) and United States Magistrate Judge Alison S. Bachus' Report and Recommendation ("R&R") (Doc. 19). The R&R recommends that the Court deny and dismiss the petition as moot. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 19) is **ACCEPTED**.

**IT IS FURTHER ORDERED** Petitioner's petition (Doc. 1) is **DENIED** and **DISMISSED as moot**.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly and terminate this case.

Dated this 24th day of August, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge